Thomas J. Salerno (007492)
Christopher C. Simpson (018626)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
thomas.salerno@stinson.com
Christopher.simpson@stinson.com

*Counsel for of the Gilbert Hospital Unsecured Creditors Trust,
Peter Kravitz, Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| GILBERT HOSPITAL, LLC, | Case No. 2:14-bk-01451-MCW |
| | **STATUS REPORT OF PETER KRAVITZ, TRUSTEE OF THE GILBERT HOSPITAL UNSECURED CREDITORS TRUST** |
| Debtor. | Date of Hearing: November 5, 2018<br>Time of Hearing: 1:30 p.m. |

Peter Kravitz, as Successor Trustee ("**Creditor Trustee**") of the Gilbert Hospital Unsecured Creditors Trust ("**Creditor Trust**"), by and through his undersigned counsel, hereby submits this status report in advance of the hearing on Monday, November 5, 2018.

## INTRODUCTION

Peter Kravitz was appointed Creditor Trustee on August 31, 2018 in accordance with the terms of the Creditor Trust Agreement. *See Successor Trustee Acceptance Under Gilbert Hospital General Unsecured Creditor Trust* (the "Creditor Trustee Acceptance") at Exhibit A to the *Notice of Resignation of Creditor Trustee and Appointment of Successor Trustee* (the "Creditor Trustee Notice") [Dkt. No. 2031]. Mr. Kravitz accepted his appointment on September 4, 2018. *Id.*

On September 26, 2018, the Creditor Trustee continued the retention of the firm of Stinson Leonard Street, LLP, as lead counsel for the Creditor Trust after the revocation of the

pro hac vice qualifications of Brinkman Portillo Ronk, APC. *See Notice of Substitution of Counsel for Gilbert Hospital Unsecured Creditors Trust, Peter Kravitz, Successor Trustee and Notice of Appearance of Substitute Counsel* [Dkt. No. 2057].

Among the litigation inherited by the Creditor Trustee were two appeals to the District Court (discussed below, now dismissed), five open adversaries and numerous claim objections. Prosecution or resolution of the pending litigation requires use and analysis of the underlying records and financial information of Gilbert Hospital. Much of this information is not available to the Creditor Trustee. During these beginning days of the Creditor Trustee's appointment he has taken steps to acquire and preserve such records and financial information as may be available. Once these efforts are realized, the Creditor Trustee will be in a position to further prosecute or resolve the remaining litigation.

**DISMISSAL OF APPEALS**

Prior to the Creditor Trustee's appointment, prior counsel for the former trustee filed two appeals concerning the extent of jurisdiction of the Bankruptcy Court over the Creditors Trust: Case No. 2:18-cv-02706-GMS and Case No. 2:18-cv-02594-GMS. Peter Kravitz, as Creditor Trustee, reviewed the appeals and determined that they should be dismissed. By motions for voluntary dismissal, each appeal was dismissed by orders dated October 16, 2018.

**EFFORTS TO OBTAIN BOOKS AND RECORDS**

The Creditors Trust has worked to obtain records from the Trust's former counsel and the Trust's former trustee and has subpoenaed the records of Gilbert Hospital from the hospital's former counsel. Although the above parties have been cooperative and responsive, few records were secured by such parties prior to the state court receivership action and subsequent foreclosure.

The financial books and records of Gilbert Hospital exist primarily on the servers formerly utilized by the hospital. Unfortunately, those servers were foreclosed upon by Somerset, a creditor of Gilbert Hospital and the servers are currently in Somerset's possession. The Somerset servers are currently deactivated so it is impossible at this point to assess the amount or integrity of the data. The Creditors Trust has been working with the state court

appointed receiver of Gilbert Hospital to first halt Somerset's plan to purge the data and further to find a practical solution to preserve and access the data form those servers. The task is complicated by the fact that in addition to the financial data, the servers contain protected medical information which the Creditor Trustee is not authorized to access or retain. The Creditor Trust has explored various resolutions with Somerset and the receiver. Counsel for the Creditor Trustee has attended hearings in the receivership action to apprise the receivership court concerning those efforts. The parties are currently discussing a purchase of the servers whereby the receivership estate would maintain possession of the servers and extract relevant data. Under this approach the initial estimated cost to the Creditors Trust would be approximately $5,000.00. The next hearing in the state court receivership action to address these efforts is scheduled for November 5, 2018 at 9:00 a.m.

**MEETING OF OVERSIGHT BOARD**

At the request of the Creditor Trustee and his counsel, the Creditor Trustee attended a telephonic meeting of the Creditor Trust Board on October 19, 2018. The purpose of the meeting was to brief the Creditor Trust Board on recent developments in the case and request specific authorization on various proposed actions. Members of the Board expressed that they were unaware of some recent developments and thanked the Creditor Trustee and his counsel for the briefing.

In an unrelated development, a member of Creditor Trust Board, Mr. Roger Simpson informed the Board of his desire to resign from the Creditor Trust Board due to time constraints. The remaining Board members will seek to appoint a Replacement Member pursuant to Article IV(1)(b) of the Trust Agreement. The Board authorized counsel for the Creditor Trustee to contact counsel for active creditors to investigate a willingness to be considered for service as a Replacement Member of the Creditor Trust Board.

**INFORMATION FROM PRIOR COUNSEL**

The Creditor Trustee and counsel have requested all of prior counsel's analysis and memorandums regarding the pending claims objections and adversary proceedings. Some of this information has recently been provided and prior counsel continues to provide information.

The Creditor Trustee and counsel continue their efforts to collect and review all available information concerning the claims objections and adversary proceedings. Once the Creditor Trustee is satisfied he has the available information including the relevant financial data discussed above, he will be in a position to analyze the claim objections and adversary proceedings.

## ANALYSIS OF POTENTIAL CLAIMS

The Creditor Trustee is in process of analyzing potential claims against directors and officers New Visions Health, LLC and Gilbert Hospital, and potentially other parties. The Creditor Trustee and his counsel are in very preliminary discussions with various counsel for members of the Board of Managers for Gilbert Hospital. The Creditor Trustee continues to analyze whether other potential claims may exist against additional parties. Counsel for the Creditor Trustee has been contacted by counsel for a third party interested in acquiring some or all of these claims.

RESPECTFULLY SUBMITTED this 2nd day of November, 2018.

**STINSON LEONARD STREET LLP**

By: /s/ Christopher C. Simpson
Thomas J. Salerno
Christopher C. Simpson
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

*Counsel for of the Gilbert Hospital Unsecured Creditors Trust, Peter Kravitz, Trustee*

Copy of the foregoing sent this 2nd day of November, 2018,
to all CM/ECF registrants:

ELIZABETH C. AMOROSI on behalf of U.S. Trustee U.S. TRUSTEE Elizabeth.C.Amorosi@usdoj.gov

CARLOS M. ARBOLEDA on behalf of Creditor Shelly & Christopher Schafer arboledac@abfirm.com

WALTER J. ASHBROOK on behalf of Creditor MPT OF GILBERT, LLC sybil.aytch@quarles.com

THOMAS C. AXELSEN on behalf of Creditor GATEWAY ANESTHESIA ASSOCIATES, PLLC TAXELSEN@COX.NET

MICHAEL R AYERS on behalf of Creditor ACE Property & Casualty Insurance Company

azcourtorders@hinshawlaw.com

EDWARD K. BERNATAVICIUS on behalf of U.S. Trustee U.S. TRUSTEE
edward.k.bernatavicius@usdoj.gov

FAY W. BIDLACK on behalf of Interested Party Gilbert Hospital, LLC fbidlack@jsslaw.com

BRIAN BLUM on behalf of Debtor GILBERT HOSPITAL, LLC brian@andantelaw.com

BRUCE J. BORRUS on behalf of Creditor Philips Healthcare bborrus@foxrothschild.com

MICHAEL W. CARMEL on behalf of Creditor Michael W. Carmel, Ltd. michael@mcarmellaw.com

SCOTT B. COHEN on behalf of Other Professional MANEWITZ WEIKER ASSOCIATES LLC SBC@ENGELMANBERGER.COM

JOSEPH E. COTTERMAN on behalf of Debtor GILBERT HOSPITAL, LLC joe.cotterman@gknet.com

Grant L. Cartwright on behalf of Creditor THE MACERICH COMPANY gcartwright@maypotenza.com

DEAN M. DINNER on behalf of Jim Doyle, Kevin T Ahern, Jim Doyle, Equity Security Holders, Equity Security Holders' Committee dean.dinner@sackstierney.com

KEVIN M. DUDDLESTEN on behalf of Creditor Aetna, Inc. kduddlesten@mcguirewoods.com

WILLIAM W. FIFE, III on behalf of Creditor Committee Official Joint Committee of Unsecured Creditors william@williamfifelaw.com

ROGER R. FOOTE on behalf of Attorney JACKSON WHITE, P.C., and Debtor GILBERT HOSPITAL, LLC rfoote@jacksonwhitelaw.com

ALEXANDER J GANCAYCO on behalf of Creditor National Labor Relations Board alexander.gancayco@nlrb.gov

DANIEL E. GARRISON on behalf of Attorney Andante Law Group, Debtor GILBERT HOSPITAL, LLC dan@andantelaw.com, teresie@andantelaw.com

ANDREW A. HARNISCH on behalf of Attorney Apheresis Care Group, Inc. dba Phoenix Metro Inpatient Service aharnisch@maypotenza.com

ROBERT P. HARRIS on behalf of Creditor MPT OF GILBERT, LLC robert.harris@quarles.com

KEITH L. HENDRICKS on behalf of Defendant GILBERT EMERGENCY MEDICINE SPECIALISTS, LLC khendricks@law-msh.com

KYLE S. HIRSCH on behalf of Creditor Indigo-DLI Holdings I, LLC kyle.hirsch@bryancave.com

LAWRENCE D. HIRSCH on behalf of Creditor Somerset Leasing Corp. VIII lhirsch@psazlaw.com

PATRICK B HOWELL on behalf of Creditor GE Healthcare tmichalak@whdlaw.com

Brian D. Huben on behalf of Creditor THE MACERICH COMPANY hubenb@ballardspahr.com

JONATHAN P. IBSEN on behalf of Attorney BROWNSTEIN HYATT & FARBER, P.C. jibsen@clgaz.com

STEVEN D. JEROME on behalf of Creditor Southwest Medical Services, Inc. sjerome@swlaw.com

CODY J. JESS on behalf of Creditor MEDHOST OF TENNESSEE, INC., f/k/a HEALTHCARE MANAGEMENT SYSTEMS, INC. bkdocket@biz.law

CAROLYN J. JOHNSEN on behalf of Interested Party Official Committee of Unsecured Creditors in case of In Re Florence Hospital at Anthem, LLC and Creditor SALT RIVER PROJECT cjjohnsen@dickinsonwright.com

| | |
|---|---|
| 1 | ROB A JUSTMAN on behalf of Accountant Schmidt Westergard & Company, PLLC rjustman@meagher.com |
| 2 | ROBERT M. KORT on behalf of Other Professional Principal Financial Group, Inc. rkort@lrrc.com |
| 3 | LOUIS DANIEL LOPEZ, JR on behalf of Creditor David S Wanger llopez@law-msh.com |
| 4 | RYAN J. LORENZ rlorenz@clarkhill.com |
| 5 | WESLEY S. LOY on behalf of Creditor Arizona Health Care Cost Containment Administration wsl@bowwlaw.com |
| 6 | HEATHER ANN MACRE on behalf of Defendant PEORIA REGIONAL MEDICAL CENTER, LLC ham@aikenschenk.com |
| 7 | NANCY J MARCH on behalf of Interested Party Florence Hospital at Anthem, LLC nmarch@fclaw.com |
| 8 | PERNELL W. MCGUIRE on behalf of Accountant Schmidt Westergard & Company, PLLC pmcguire@davismiles.com |
| 9 | ADAM D. MELTON on behalf of Creditor Executive Health Resources, Inc. amelton@tep.com |
| 10 | KLAUS PETER MUTHIG on behalf of Creditor Maricopa County Treasurer muthigk@mcao.maricopa.gov |
| 11 | LAWRENCE E. PALLES on behalf of Creditor Timothy Johns lpalles@law-msh.com |
| 12 | JILL H PERRELLA on behalf of Creditor Southwest Medical Services, Inc. jperrella@swlaw.com |
| 13 | LISA PETERS on behalf of Creditor GENERAL ELECTRIC CAPITAL CORPORATION lisa.peters@kutakrock.com |
| 14 | DONALD W. POWELL on behalf of Creditor Jolene Miller d.powell@cplawfirm.com |
| 15 | WESLEY DENTON RAY on behalf of Interested Party Florence Hospital at Anthem, LLC Ray@SacksTierney.com |
| 16 | |
| 17 | PHILIP R. RUDD on behalf of Interested Party Florence Hospital at Anthem, LLC Rudd@SacksTierney.com |
| 18 | KATHERINE ANDERSON SANCHEZ on behalf of Creditor Argo Partners ksanchez@dickinsonwright.com |
| 19 | DALE C. SCHIAN on behalf of Creditor MEDHOST OF TENNESSEE, INC., f/k/a HEALTHCARE MANAGEMENT SYSTEMS, INC. bkdocket@biz.law |
| 20 | GERALD L. SHELLEY on behalf of Debtor GILBERT HOSPITAL, LLC gshelley@fclaw.com |
| 21 | JOSEPH E. SHICKICH, JR. on behalf of Creditor Microsoft Corporation and Microsoft Licensing GP jshickich@foxrothschild.com |
| 22 | MARK D. SVEJDA on behalf of Creditor Richard Kohan mark@azrealestatelawyers.com |
| 23 | BRADLEY D. WEECH on behalf of Attorney JACKSON WHITE, P.C. efile.dockets@davismiles.com |
| 24 | DAVID IRA WEISSMAN on behalf of Creditor Randall Calvert dweissman@clarkhill.com |
| 25 | KURT M. ZITZER on behalf of Accountant Schmidt Westergard & Company, PLLC kzitzer@meagher.com |
| 26 | |
| 27 | /s/ Lindsay Petrowski |
| 28 | |