**SO ORDERED.**

**Dated: November 5, 2018**



_____
**Madeleine C. Wanslee, Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) CHAPTER 11 |
| GILBERT HOSPITAL, LLC, | ) Case No.: 2:14-bk-01451-MCW |
| Debtor. | ) STIPULATED ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE AND RETENTION OF JURISDICTION |

THIS MATTER comes before the Court upon the United States Trustee's ("UST") Motion to Dismiss the Debtor's Chapter 11 Case ("Motion"); and upon consideration of any responses, whether formal or informal by the undersigned parties to this Stipulated Order and the undersigned parties agreeing and stipulating to the within terms of this Stipulated Order, and it appearing that sufficient notice of the Motion has been given; and good and sufficient cause appearing for the relief set forth in this Order:

**IT IS ORDERED** dismissing the Debtor's Chapter 11 case of Gilbert Hopsital, LLC, case no.: 2:14-bk-01451-MCW;

**IT IS FURTHER ORDERED** that the Bankruptcy Court for the District of Arizona retains jurisdiction over the following matters:

1. any pending adversary proceedings;

1

2. any relevant motions or proceedings occurring in this court regarding pending appeals in this case;

3. any further proceedings regarding the court's sanction order dated September 24, 2018 over the Brinkman, Portillo, Ronk law firm; and

4. The Creditor Trust and its further administration, including but not limited to claims litigation, any claims against counsel for the Creditor Trust, the prior Trustee or creditor board, any litigation relating to historical, present or future expenditures of the Creditor Trust and any litigation relating to historical, present or future creation, management and control of the Creditor Trust.

DATED AND SIGNED ABOVE.

Agreed as to both form
and content:

ILENE J. LASHINSKY
United States Trustee
District of Arizona

 /s/ EKB (#024174)
Edward K. Bernatavicius
Trial Attorney

/s/ TJS (#007492)
Thomas J. Salerno
Christopher Simpson
Stinson Leonard Street, LLP
1850 N. Central Ave., Ste. 2100
Phoenix, AZ 85004
Attorneys for GH USC Trustee

2

/s/ MWC (#007356)_____
Michael W. Carmel
Michael W. Carmel, LTD.
80 E. Columbus Avenue
Phoenix, AZ 85012
Attorney for Michael W. Carmel, LTD.

/s/ SDJ (#018420)_____
Steven D. Jerome
Snell & Wilmer
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004
Attorneys for Southwest Medical

/s/ KLH (#012750)_____
Keith Hendricks
Moyes Seelers & Hendricks
1850 North Central Avenue
Suite 110 Phoenix, AZ 85004
Attorney for Dr. Timothy Johns