**SO ORDERED.**

**Dated: November 20, 2019**



_____
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>GILBERT HOSPITAL, LLC,<br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 2:14-bk-01451-MCW<br><br>**ORDER GRANTING MOTION TO AUTHORIZE FINAL DISTRIBUTION, DISCHARGING CREDITOR TRUSTEE, EXONERATING BOND AND CLOSE CASE** |

This matter came before the Court on the *Motion to Authorize Final Distribution, Discharging Creditor Trustee, Exonerating Bond and Close Case* filed by Peter Kravitz, as Creditor Trustee of the Gilbert Hospital General Unsecured Creditor Trust (the "**GH Trust**") (the "**Motion**") [DE 2183]. In the Motion, the GH Trust seeks an order authorizing and directing the final distribution of funds (the "**Final Distribution**") from the GH Trust.

THE COURT FINDS AND CONCLUDES as follows:

Based upon consideration of the entire relevant record before the Court, and good cause appearing:

A.  The Court has jurisdiction to hear and decide this Motion pursuant to the Court's Retention Order and pursuant to 28 U.S.C. §§ 157 and 1334.

B.  Good, sufficient and ample cause exists to approve the Final Distribution on the terms provided for in the Motion and the Final Distribution attached hereto as "Exhibit A".

IT IS THEREFORE, HEREBY:

ORDERED, that the Motion be, and the same hereby is, GRANTED IN ITS ENTIRETY; and it is;

FURTHER ORDERED authorizing the Trustee to make final distribution of the funds on hand in accordance with the Final Distribution as attached as Exhibit A to this Order as allowed, authorized and approved;

FURTHER ORDERED that upon remittance of the Final Distribution, the Creditor Trustee is discharged and relieved from all further duties, liabilities, and responsibilities related to the GH Trust;

FURTHER ORDERED that all bonds furnished by any party or surety in connection with the GH Trust are hereby exonerated, discharged, and relieved from liability effective immediately;

FURTHER ORDERED directing that the Bankruptcy Case having been reopened to consider this Motion, be closed as fully administered; and

FURTHER ORDERED that any party involved in Case No. CV-18-03307-PHX-GMS before the United States District Court for the District of Arizona seeking to pursue further action before this Court based on the District Court's remand of that proceeding may reopen this Bankruptcy Case pursuant to Bankruptcy Code § 350((b) and Fed. R. Bankr. P. 5010 for such a purpose and may do so without having to pay the filing fees associated with a motion to reopen.

DATED AND SIGNED ABOVE.

# Exhibit A

| Claim Number | Name of Unsecured Creditor | Allowed Claim | Previous Amounts Distributed | Amounts Held in Reserve Included in Final Distribution | Amount of Final Distribution Including Any Remaining Reserve Amount ($234,442.28)+($29,937.40) |
|---|---|---|---|---|---|
| | | $ 3,363,062.86 | $ 364,008.75 | $ 29,937.40 | $ 264,379.68 |
| claim_number | name | amount_allowed | amount_paid_total | Reserved Distributions | Province Residual Distribution |
| \N | KanaiTek, Inc. | $ 8,050.00 | $ 935.34 | | $ 561.17 |
| 102 | American Anesthesia Associates | $ 14,700.00 | $ 1,708.01 | | $ 1,024.75 |
| 106 | Mainline Information Systems, Inc. | $ 8,354.73 | $ 970.74 | | $ 582.42 |
| 107 | Southwest Medical Services, Inc. | $ 654,751.01 | $ 76,076.07 | | $ 45,643.31 |
| 108 | Anderson & Associates, Inc. | $ 77,887.50 | $ 9,049.81 | | $ 5,429.61 |
| 113 | AlphaHealth, LLC | $ 102,897.95 | $ 11,955.80 | | $ 7,173.11 |
| 118 | Iron Mountain Information Managemen | $ 9,694.15 | $ 1,126.37 | | $ 675.79 |
| 128 | Medical Diagnostic Imaging Group LT | $ 32,842.31 | $ 3,815.98 | | $ 2,289.47 |
| 129 | Charlette E. Darley | $ 259.04 | $ 30.10 | | $ 18.06 |
| 131 | PC Healthcare Enterprises, Inc. | $ 7,457.12 | $ 866.45 | | $ 519.84 |
| 134 | Philips Healthcare | $ 14,025.44 | $ 1,629.63 | | $ 977.73 |
| 135 | Macerich Arizona Partners, LLC | $ 195,003.46 | $ 22,657.62 | | $ 13,593.87 |
| 156 | Derek Brown | $ 18,300.00 | $ 2,126.24 | | $ 1,275.71 |
| 158-2 | James Doyle | $ 220,000.00 | $ 25,561.98 | | $ 15,336.41 |
| 159 | Neil Kramer | $ 16,400.63 | $ 1,905.56 | | $ 1,143.30 |
| 163 | Zellman Skloven | $ 8,500.00 | $ 987.62 | | $ 592.54 |
| 164 | Mark Tribbett | $ 14,501.13 | $ 1,684.90 | | $ 1,010.89 |
| 165-2 | Pensco Trust, LLC FBO Richard C. Carey IRA | $ 14,501.13 | $ 1,684.90 | | $ 1,010.89 |
| 166 | John Higgins | $ 14,501.13 | $ 1,684.90 | | $ 1,010.89 |
| 167 | Sally LeBlanc | $ 8,500.00 | $ 987.62 | | $ 592.54 |
| 168 | David DeTemple | $ 43,503.40 | $ 5,054.70 | | $ 3,032.66 |
| 169 | Alphonse Ambrosia | $ 10,000.00 | $ 1,161.91 | | $ 697.11 |
| 170-2 | Cruz Franco | $ 14,501.13 | $ 1,684.90 | | $ 1,010.89 |
| 181 | Arrow International | $ 1,052.41 | $ 122.28 | | $ 73.36 |
| 188 | Kevin T. Ahern, P.C. | $ 45,480.00 | $ 5,284.36 | | $ 3,170.45 |
| 19 | Olympus America Inc. - Dept. 600 | $ 3,276.16 | $ 380.66 | | $ 228.38 |
| 190 | U. S. Department of Health & Human | $ 177,114.06 | $ 20,579.03 | | $ 12,346.79 |
| 192 | Arizona Healthcare Cost Containment Administration | $ 119,739.00 | $ 13,912.57 | | $ 8,347.12 |
| 198 | United Healthcare Insurance Co. | $ 31,900.00 | $ 3,706.49 | | $ 2,223.78 |
| 2 | Abbott Point Care, Inc. | $ 1,299.29 | $ 150.97 | | $ 90.57 |
| 20 | Argo Partners | $ 12,473.91 | $ 1,449.35 | | $ 869.57 |
| 203 | GE Healthcare Bio-Sciences Corp | $ - | $ 6,331.76 | | $ - |
| 21 | Covidien | $ 16,435.71 | $ 1,909.68 | | $ 1,145.75 |
| 211 | Argo Partners | $ 18,405.77 | $ 2,138.58 | | $ 1,283.08 |
| 212 | Argo Partners | $ 2,113.85 | $ 245.61 | | $ 147.36 |
| 213 | Argo Partners | $ 23,087.60 | $ 2,682.57 | | $ 1,609.46 |

| # | Creditor | Amount | | Amount |
|---|---|---|---|---|
| 214 | Argo Partners | $ 15,900.00 | $ | 1,847.43 |
| 215 | Argo Partners | $ 11,167.78 | $ | 1,297.59 |
| 216 | Argo Partners | $ 30,753.80 | $ | 3,573.31 |
| 217 | Argo Partners | $ 1,525.00 | $ | 177.19 |
| 218 | Argo Partners | $ 56,729.76 | $ | 6,591.48 |
| 219 | Argo Partners | $ 1,060.00 | $ | 123.16 |
| 23 | Stryker Craniomaxillofacial, | $ 2,457.72 | $ | 285.56 |
| 25 | UnitedHealthcare Insurance Company | $ 49,452.35 | $ | 5,745.91 |
| 26 | United Healthcare Insurance Co. | $ 65,325.00 | $ | 7,590.17 |
| 28 | WW Grainger Inc. | $ 3,481.56 | $ | 404.53 |
| 29 | Apheresis Care Group, Inc. | $ 8,433.65 | $ | 979.91 |
| 30 | Change Healthcare Technologies LLC | $ 11,637.57 | $ | 1,352.18 |
| 31 | Sanofi Pasteur, Inc. | $ 3,807.19 | $ | 442.36 |
| 33 | Spencer Fane Britt & Browne LLP | $ 11,830.50 | $ | 1,374.59 |
| 36 | Bio-Rad Laboratories | $ 7,199.37 | $ | 836.50 |
| 44 | Insight Direct USA, Inc. | $ 9,013.63 | $ | 1,047.30 |
| 45 | Michael W. Carmel, Ltd. | $ 8,614.18 | $ | 1,000.89 |
| 46 | Argo Partners | $ 5,520.24 | $ | 641.40 |
| 5 | Office Depot | $ 8,970.15 | $ | 1,042.25 |
| 55 | Medhost of Tennessee, Inc. | $ 257,141.64 | $ | 29,877.50 |
| 56 | American Express Bank, FSB | $ 7,368.52 | $ | 856.15 |
| 57 | Maine Standards | $ 827.07 | $ | 96.10 |
| 59 | GE Healthcare | $ 100,571.11 | $ | 11,685.44 |
| 6 | Argo Partners | $ 3,086.98 | $ | 358.68 |
| 60 | Wescor, Inc. | $ 939.75 | $ | 109.19 |
| 61 | Stockell Healthcare Systems, Inc. | $ 9,155.42 | $ | 1,063.78 |
| 63 | CloudNet Group LLC | $ 492.76 | $ | 57.25 |
| 66 | Argo Partners | $ 10,471.83 | $ | 1,216.73 |
| 70 | Precision Dynamics Corporation | $ 261.33 | $ | 30.36 |
| 71 | Stryker Orthopedics | $ 11,147.11 | $ | 1,295.19 |
| 73 | Lamar Advertising Company | $ 13,200.00 | $ | 1,533.72 |
| 75 | Argo Partners | $ 8,106.30 | $ | 941.88 |
| 76 | AlphaGraphics | $ 5,288.92 | $ | 614.52 |
| 77 | Accredo Health Group | $ 75,600.00 | $ | 8,784.03 |
| 79 | Peter A. Ripper & Associates, Inc. | $ 3,750.00 | $ | 435.72 |
| 8 | Argo Partners | $ 31,300.00 | $ | 3,636.77 |
| 80 | Mallinckrodt LLC | $ 1,965.00 | $ | 228.31 |
| 82 | Spicer Consulting Services | $ 5,500.00 | $ | 639.05 |
| 84 | Jackson White P. C. | $ 163,099.13 | $ | 18,950.62 |
| 85 | National Union Fire Insurance Co. | $ 11,280.06 | $ | 1,310.64 |
| 93 | Arthrex, Inc. | $ 3,889.71 | $ | 451.95 |
| 95 | Cooper Surgical | $ 2,292.96 | $ | 266.42 |
| 98 | Sun Life Assurance Company of Canad | $ 77,234.79 | $ | 8,973.98 |

| | | |
|---|---|---|
| | $ | 1,108.40 |
| | $ | 778.52 |
| | $ | 2,143.88 |
| | $ | 106.31 |
| | $ | 3,954.69 |
| | $ | 73.89 |
| | $ | 171.33 |
| | $ | 3,447.37 |
| | $ | 4,553.87 |
| | $ | 242.70 |
| | $ | 587.92 |
| | $ | 811.27 |
| | $ | 265.40 |
| | $ | 824.72 |
| | $ | 501.87 |
| | $ | 628.35 |
| | $ | 600.50 |
| | $ | 384.82 |
| | $ | 625.32 |
| | $ | 17,925.59 |
| | $ | 513.67 |
| | $ | 57.66 |
| | $ | 7,010.91 |
| | $ | 215.20 |
| | $ | 65.51 |
| | $ | 638.23 |
| | $ | 34.35 |
| | $ | 730.00 |
| | $ | 18.22 |
| | $ | 777.08 |
| | $ | 920.18 |
| | $ | 565.10 |
| | $ | 368.70 |
| | $ | 5,270.15 |
| | $ | 261.42 |
| | $ | 2,181.95 |
| | $ | 136.98 |
| | $ | 383.41 |
| | $ | 11,369.79 |
| | $ | 786.34 |
| | $ | 271.16 |
| | $ | 159.84 |
| | $ | 5,384.11 |

| # | Creditor | Amount 1 | Amount 2 | | Amount 3 |
|---|---|---|---|---|---|
| 22 | Southwest Gas Corporation | $ 6,124.95 | N/A | $ | 711.66 |
| | | | | $ | 1,138.64 |
| 24 | Blood Systems, Inc., dba United Blood Services | $ 21,600.00 | N/A | $ | 2,509.72 |
| | | | | $ | 4,015.48 |
| 27 | SRP | $ 3,260.94 | N/A | $ | 378.89 |
| | | | | $ | 606.21 |
| 35 | Mission Linen Supply | $ 20,840.83 | N/A | $ | 2,421.51 |
| | | | | $ | 3,874.34 |
| 58 | GE Healthcare dba OEC Medical Systems Inc. | $ 36,886.82 | N/A | $ | 4,285.91 |
| | | | | $ | 6,857.32 |
| 89 | Lake & Cobb, P.L.C. | $ 11,535.50 | N/A | $ | 1,340.32 |
| | | | | $ | 2,144.47 |
| 100 | Schmidt Westergard & Company | $ 68,189.00 | N/A | $ | 7,922.94 |
| | | | | $ | 12,676.46 |
| 172 | Matsui Family Trust Dtd 11/14/68 | $ 16,443.18 | N/A | $ | 1,910.55 |
| | | | | $ | 3,056.82 |
| 185 | %Siemens Healthcare Diagnostics, Inc. | $ 72,776.00 | N/A | $ | 8,455.90 |
| | | | | $ | 13,529.18 |
| 111 | Cardinal Health 411, Inc. | $ 13,396.75 | $ 1,556.58 | $ | 933.90 |
| 132 | Aetna. Inc. | $ 13,650.03 | $ 1,586.01 | $ | 951.56 |